# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0377.  MARVIN LEE GOODMAN v. THE STATE.**

Marvin Goodman, who currently is serving a prison sentence following a burglary conviction, filed a motion for a writ of error quo warranto, which the trial court dismissed in an order entered on December 6, 2018.  Goodman then filed a motion for reconsideration, which the trial court denied in an order entered on January 4, 2019.  Goodman filed this application for discretionary review on January 22, 2019.[1]  We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Moreover, a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right.  See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).  Goodman's discretionary application was untimely filed 47 days after entry of the order dismissing his motion for a writ of error quo warranto, his motion for reconsideration did not extend the time to appeal that order, and the denial of his motion for reconsideration is not itself appealable.  See OCGA

---

[1] Goodman initially filed the application – which he styled as an "Application for Certificate of Probable Cause" – in the Supreme Court, which docketed the filing as an application for discretionary review and transferred the matter to this Court.

§ 5-6-35 (d); *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. Consequently, Goodman's application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/09/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*